IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 FEB 22 PM 12: 01
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARVIN ANDRES VANEGAS-GONZALEZ
    Defendant.

4:18CR3015

INDICTMENT
8 U.S.C. § 1326(a)&(b)(2)

The Grand Jury charges that

## COUNT I

On or about the 2nd day of February, 2018, in the District of Nebraska, the defendant, MARVIN ANDRES VANEGAS-GONZALEZ, an alien, who previously had been excluded, deported, and removed from the United States to Nicaragua, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4), and 557), having expressly consented to defendant's reapplication for admission into the United States. It is further alleged that the defendant, MARVIN ANDRES VANEGAS-GONZALEZ, was excluded, deported, and removed from the United States subsequent to December 12, 1989.

In violation of Title 8, United States Code, Section § 1326(a)&(b)(2).

A TRUE BILL.

FOREPERSON

1

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
STEVEN A. RUSSELL #16925
Assistant United States Attorney